UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-81433-RLR

HOWARD COHAN,

    Plaintiff,

vs.

KCMCL PINEAPPLE GROVE LLC,
d/b/a HYATT PLACE DELRAY
BEACH/PINEAPPLE GROVE,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby gives notice that Plaintiff and Defendant, KCMCL PINEAPPLE GROVE LLC d/b/a HYATT PLACE DELRAY BEACH/PINEAPPLE GROVE ("Defendant") (collectively "Parties"), have reached an agreement in principle for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 12th day of January, 2024.

| | |
|---|---|
| BY: __s/ Jason S. Weiss___<br>Jason S. Weiss<br>Jason@jswlawyer.com<br>Florida Bar No. 356890<br>**WEISS LAW GROUP, P.A.**<br>5531 N. University Drive<br>Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>Fax: (954) 573-2798<br><br>*Attorneys for Plaintiff* | BY: __s/ Christopher J. Whitelock___<br>CHRISTOPHER J. WHITELOCK<br>Florida Bar No.: 0067539<br>DAVID S. FRANK<br>Florida Bar No.: 93906<br>**WHITELOCK & ASSOCIATES, P.A.**<br>300 Southeast Thirteenth Street<br>Ft. Lauderdale, FL 33316<br>Telephone: (954) 463-2001<br>Facsimile: (954) 463-0410<br>E-mail: cjw@whitelocklegal.com<br>E-mail: mac@whitelocklegal.com<br><br>*Attorneys for Defendant* |